IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION,  )<br>individually and on behalf of all others  )<br>similarly situated,  )<br>  )<br>  Plaintiff,  )<br>  v.  )<br>  )<br>QUALITY MEDICAL PRODUCTS, LLC,  )<br>a Florida limited liability company,  )<br>  )<br>  Defendant.  ) | Case No. 14-cv-1243<br><br>The Honorable Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR**
**LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES**

Plaintiff AL And PO Corporation ("Plaintiff") hereby moves for leave to file a brief in excess of fifteen pages in support of its Motion For Final Approval Of Class Action Settlement ("Motion"). In support hereof, Plaintiff states:

1. Plaintiff and Defendant Quality Medical Products, LLC ("QMP") have reached an agreement regarding the above-styled class action (the "Settlement").

2. On June 3, 2015, this Court granting preliminary approval of the Settlement. (Dkt. No. 66.)

3. Plaintiff has attempted to make its arguments in support of final approval of the Settlement as succinctly as possible, but requires additional pages over the 15 page limit set forth in this Court's local rules.

4. Allowance of the additional pages will not adversely impact any deadlines or prejudice any party, but will allow Plaintiff to present its arguments in a manner that will be more helpful to the court.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an extension of Local Rule 7.1's 15 page limit in order to file a 19-page memorandum supporting its Motion.

| | |
|---|---|
| Dated: October 28, 2015 | Respectfully submitted, |
| | By: */s/ Joseph J. Siprut* <br> Joseph J. Siprut <br> *jsiprut@siprut.com* <br> Ismael T. Salam <br> *isalam@siprut.com* <br> **SIPRUT PC** <br> 17 North State Street <br> Suite 1600 <br> Chicago, Illinois 60602 <br> Phone: 312.236.0000 <br> Fax: 312.241.1260 <br><br> *Counsel for Plaintiff* <br> *and the Settlement Class* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Plaintiff's Motion For Leave To File Brief In Excess of Fifteen Pages** was filed this 28th day of October 2015 via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

                                                    */s/ Joseph J. Siprut*

4843-1766-1226, v. 1