EW

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| AL and PO Corp. | ) | Case No: 14 C 1243 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| Quality Medical Products, | ) |  |
| LLC | ) |  |

### ORDER

Motion hearing held. Plaintiffs' motion for settlement is granted. [69] Plaintiffs' motion for leave to file in excess pages is granted. [70] Plaintiffs' motion for attorney fees is granted. [67] Enter Order Granting Final Approval of Class Action Settlement. The court hereby dismisses with prejudice the claims of plaintiff, AL and PO Corp., and the Settlement Class members against Quality Medical Products, LLC. This order is a final and appealable judgment as to all claims asserted in and all parties to this action under 28 U.S.C. §1291. A status hearing on settlement accounting is set for 4/19/16 at 9:00 a.m.

Date:   11/4/15                              /s/ Thomas M. Durkin