**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AL AND PO CORPORATION, )<br>individually and on behalf of all others )<br>similarly situated, )<br>        ) <br>        Plaintiff,        ) <br>        ) <br>    v.    ) <br>        ) <br>QUALITY MEDICAL PRODUCTS, LLC, )<br>a Florida limited liability company, )<br>        ) <br>        Defendant.    | Case No. 14-cv-1243<br><br>Hon. Thomas M. Durkin |

**FINAL REPORT ON *CY PRES*
DISTRIBUTIONS OF RESIDUAL SETTLEMENT FUNDS**

Plaintiff AL and PO Corporation ("Plaintiff"), through its counsel ("Class Counsel"), hereby provides the Court with its final report regarding *cy pres* distributions of residual settlement funds:

1.      On July 7, 2016, with regard to residual unclaimed settlement funds, this Court ordered that *cy pres* awards be distributed as follows: (a) $2,558.89 to the Legal Assistance Foundation of Metropolitan Chicago; (b) $2,558.89 to the Chicago Bar Foundation; and (c) $2,558.88 to CARPLS (collectively, the "*Cy Pres* Awards"). (Dkt. No. 80.) This Court ordered Class Counsel to submit a report, by July 21, 2016, confirming that the *Cy Pres* Awards had been distributed. (*Id.*)

2.      On July 21, 2016, Class Counsel submitted a report to the Court explaining that, because of due diligence checks, the settlement administrator would not be able to distribute the *Cy Pres* Awards until July 25, 2016. (Dkt. No. 81.) Class Counsel further stated that Class Counsel

would submit another report by July 26, 2016, to confirm the distribution of the *Cy Pres* Awards. (*Id.*)

3. The settlement administrator has informed Class Counsel that, on July 25, 2016, the settlement administrator sent the *Cy Pres* Awards, in check form, via U.S. Mail, first class, to the respective recipients.

Dated: July 26, 2016  Respectfully submitted,

*/s/ Joseph J. Siprut*
Joseph J. Siprut
*jsiprut@siprut.com*
John S. Marrese
*jmarrese@siprut.com*
Ke Liu
*kliu@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Counsel for Plaintiff
and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Final Report On *Cy Pres* Distributions Of Residual Settlement Funds** was filed this 26th day of July 2016 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Joseph J. Siprut*